KENJI M. PRICE   #10523
United States Attorney
District of Hawaii

HARRY YEE   #3790
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
Email: Harry.Yee@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| PAULA ALDIS and Command Master Chief CHRISTOPHER ALDIS, USN, Individually and as Next Friends of Their Minor Child, K.A.,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Defendant. | CIVIL NO. 17-00583 KJM<br><br>NOTICE OF APPEARANCE ON BEHALF OF THE UNITED STATES; CERTIFICATE OF SERVICE |
|---|---|

NOTICE OF APPEARANCE ON BEHALF OF THE UNITED STATES

　　　COMES NOW, Assistant United States Attorney Harry Yee, and hereby enters his appearance before the U.S. District Court,

District of Hawaii, on behalf of the United States of America; for the above-captioned case.

DATED: January 5, 2018, at Honolulu, Hawaii.

        KENJI M. PRICE
        United States Attorney
        District of Hawaii

          /s/ Harry Yee
        By_____
          HARRY YEE
          Assistant U.S. Attorney

        Attorneys for Defendant
        UNITED STATES OF AMERICA

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

| | |
|---|---|
| JOACHIM P. COX, ESQ. | Jcox@cfhawaii.Com |
| ROBERT K. FRICKE, esq. | Rfricke@cfhawaii.Com |
| ABIGAIL M. HOLDEN, ESQ. | Aholden@cfhawaii.Com |

800 Bethel Street, Suite 600
Honolulu, Hawai'i 96813

Attorneys for Plaintiff

Dated: January 5, 2018, at Honolulu, Hawaii.

/s/ Valerie Domingo
_____
U.S. Attorney's Office
District of Hawaii