KENJI M. PRICE   #10523
United States Attorney
District of Hawaii

HARRY YEE   #3790
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
Email: Harry.Yee@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROBIN TAKEMOTO, Individually and as Personal Representative of the Estate of Tracey A. Abrisce, and MAHINA ASUNCION, Individually and as Next Friend of Minor Children, Z.P.A., Z.K.A.-A., and Z.K.A.-A.,<br><br>          Plaintiffs,<br><br>     vs.<br><br>UNITED STATES OF AMERICA, SUNGJIN SONG, M.D., THE QUEEN'S MEDICAL CENTER; ELLIE COHEN, M.D.; and MELISSA ALSBERGAS, C.R.N.A.,<br><br>          Defendants. | CIVIL NO. 17-00583 KJM<br><br>DEFENDANT UNITED STATES OF AMERICA'S WITHDRAWAL OF ECF NO. 92 - ANSWER TO THE COMPLAINT FILED MAY 17, 2019; CERTIFICATE OF SERVICE |

DEFENDANT UNITED STATES OF AMERICA'S
WITHDRAWAL OF ECF NO. 92 - ANSWER TO THE COMPLAINT
FILED MAY 17, 2019

Defendant UNITED STATES OF AMERICA, by and through the undersigned counsel, respectfully withdraws the filing of DEFENDANT UNITED STATES OF AMERICA'S ANSWER TO THE COMPLAINT FILED MAY 17, 2019, ECF No. 92. The answer (ECF No. 92) was filed in the Civil No. 17-00583 KJM in error and should be filed in Civil No. 19-00257 JMS RT.

DATED: August 2, 2019, at Honolulu, Hawaii.

KENJI M. PRICE
United States Attorney
District of Hawaii

/s/ Harry Yee
By_____
HARRY YEE
Assistant U.S. Attorney

Attorneys for Defendant
UNITED STATES OF AMERICA

# CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

| | |
|---|---|
| JOACHIM P. COX, ESQ. | Jcox@cfhawaii.Com |
| ROBERT K. FRICKE, esq. | Rfricke@cfhawaii.Com |
| ABIGAIL M. HOLDEN, ESQ. | Aholden@cfhawaii.Com |

800 Bethel Street, Suite 600
Honolulu, Hawai'i 96813

ATTORNEYS FOR PLAINTIFF

Dated: August 2, 2019, at Honolulu, Hawaii.

/s/ Valerie Domingo
_____
U.S. Attorney's Office
District of Hawaii